**DENY; and Opinion Filed September 19, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01249-CV

### IN RE PROGRESSIVE WASTE SOLUTIONS OF TX, INC.; IESI CORPORATION AND HOWARD LEE FRANKLIN, JR., Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05442-D**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lewis
Opinion by Justice Lewis

Relators contend the trial judge erred in granting a motion for new trial. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/David Lewis/
DAVID LEWIS
JUSTICE

131249F.P05